171 A.3d 617

**ROBINSON, James W., Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 259, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1346, Sept. Term, 2016).

Petition for writ of certiorari denied.

171 A.3d 617

**SERRANO, David**

v.

**STATE of Maryland**

**Pet. Docket No. 284, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (Nos. 1574 & 1575, Sept. Term, 2016).

Petition for writ of certiorari denied.